**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 3:10 CR 120 (VLB) |
| v. | : | |
| | : | |
| ANGELO REYES | : | |
| | : | JULY 2, 2012 |

### MOTION TO DISMISS COUNT FIVE OF THE THIRD SUPERSEDING INDICTMENT

The Defendant, Angelo Reyes, through his undersigned counsel, hereby moves this Court to dismiss Count Five of the Third Superseding Indictment. The basis for the Motion to Dismiss is that this Count was brought beyond the applicable statute of limitations as set out in 18 U.S.C. §3282. The Defendant more fully relies upon the accompanying Memorandum of Law.

THE DEFENDANT
ANGELO REYES,

By: /s/ Robert F. Kappes
ROBERT F. KAPPES
Bar No. CT13687
Silvester & Kappes
118 Oak Street
Hartford, CT 06106
Tel. (860) 278-2650
Fax (860) 727-9243
Email: rfk@law-sk.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 3:10 CR 120 (VLB) |
| v. | : | |
| | : | |
| ANGELO REYES | : | |
| | : | JULY 2, 2012 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2012 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        THE DEFENDANT
        ANGELO REYES,

        By:  /s/Robert F. Kappes
           ROBERT F. KAPPES
           Bar No. CT13687
           Silvester & Kappes
           118 Oak Street
           Hartford, CT 06106
           Tel. (860) 278-2650
           Fax (860) 727-9243
           Email: rfk@law-sk.com